**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

JUN 13 2019

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE POLANCO VARELA, | No. 16-72923 |
| Petitioner, | Agency No. A205-261-393 |
| v. | |
| WILLIAM P. BARR, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 11, 2019[**]

Before:    CANBY, GRABER, and MURGUIA, Circuit Judges.

Jose Polanco Varela, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying administrative closure.  We have jurisdiction

under 8 U.S.C. § 1252.  We deny the petition for review.

Polanco Varela establishes no error in the agency's denial of administrative

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

closure on the record before it, under the factors applicable at the time of the hearing.  *See Gonzalez-Caraveo v. Sessions*, 882 F.3d 885, 891 (9th Cir. 2018).

**PETITION FOR REVIEW DENIED.**